Argued and submitted May 12, appeal dismissed September 3, 1986

LIBERTY TELEVISION, INC.,
dba Albany T.V. Cable Co.,
*Respondent,*

*v.*

DYER et al,
*Defendants,*

*and*

BROOKSHORE PROPERTIES et al,
*Appellants.*

(82-1934; CA A27039)

723 P2d 1082

Thomas E. Elliott, Corvallis, argued the cause for appellant. On the brief were Gary E. Norman and Scott & Norman, P.C., Albany.

Rives Kistler, Portland, argued the cause for respondent. On the brief were Laurel S. Terry and Stoel, Rives, Boley, Fraser and Wyse, Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Defendants Brookshore Properties and Albany Properties appeal a judgment enjoining them from utilizing TV cable equipment owned by plaintiff and installed in an apartment complex owned by defendants. The injunction by its terms expired on March 13, 1984. The issues raised by the appeal are moot, because the injunction has expired.

Appeal dismissed.